JOHN E. KNAPP, RESPONDENT, *v.* CORNELIUS VAN SCHOYK, APPELLANT.

Judgment and order affirmed, with costs.

---

WILLIAM H. WATSON, APPELLANT, *v.* JACOB SHUITZ, RESPONDENT.

Judgment of County Court reversed and that of justices' court affirmed, with costs.

---

JANE SEAMAN AND OTHERS, APPELLANTS, *v.* HENRY C. HARVEY AND SUSAN AMELIA HARVEY, RESPONDENTS.

Judgment and order affirmed, with costs.

---

WILLIAM W. SCRIVER AND JOHN W. ROBERTS, RESPONDENTS, *v.* CALVIN S. DOUGLASS, APPELLANT.

Order of Special Term reversed, and verdict and all subsequent proceedings set aside for irregularity in the verdict.

New trial granted, costs to abide event.

---

POLLOCK *v.* HUNT.

Motion for leave to go to the Court of Appeals denied.

---

ADRIANCE O. MATHER AND OTHERS, APPELLANTS, *v.* DANIEL R. WILSON, RESPONDENT.

Appeal dismissed, with costs.

---

IN THE MATTER OF THE APPLICATION OF THE ATTORNEY-GENERAL *v.* THE NORTH AMERICA LIFE INSURANCE COMPANY.

Order affirmed.

---

SARAH GRAVES, RESPONDENT, *v.* PHINEAS M. BURLEW AND OTHERS, APPELLANTS.

Order affirmed, with $10 costs, and printing disbursements.

---

DANIEL H. CARVER, AS RECEIVER, ETC., RESPONDENT, *v.* KATE C. HALL, APPELLANT.

Appeal dismissed, with costs.